FILED
ASHEVILLE, N.C.

FEB 16 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| In the matter of the search of | ) | DOCKET NO. 1:11mj4 |
| | ) | |
| 46 Rock Hill Circle | ) | |
| Asheville, North Carolina, 28803 | ) | |
| | ) | ORDER TO SEAL |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Search Warrant, Application, Affidavit, and the Motion to Seal be sealed until further order of the court.

This the 16th day of February, 2011.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA