FILED
ASHEVILLE, N.C.

MAR -9 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| In the matter of the search of: | ) | DOCKET NO. 1:11mj14 |
| | ) | |
| 46 Rock Hill Circle | ) | ORDER TO UNSEAL |
| Asheville, NC 28803 | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the redacted file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the above referenced Search Warrant, redacted Application and Affidavit is hereby UNSEALED.

This the 9th day of March, 2011.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE